UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC. and MARILYN MONROE, LLC., ) ) | |
| Plaintiffs, ) | |
| ) | 1:05-cv-0415-RLY-TAB |
| vs. ) ) | |
| THE MILTON H. GREENE ARCHIVES, LLC, ) ) | |
| Defendant. ) | |

**ORDER ON PLAINTIFFS' MOTION TO CONSOLIDATE**

Pursuant to Local Rule 42.2 and Federal Rule of Civil Procedure 42(a), Plaintiffs CMG Worldwide, Inc. and Marilyn Monroe, LLC have submitted a motion to consolidate cause numbers 1:05-cv-448-LJM-WTL and 1:05-cv-0423-DFH-WTL with this case, 1:05-cv-0415-RLY-TAB. Upon review of the parties' briefs and the relevant authority, the court finds that consolidation of this matter for trial purposes is unwarranted. The suits involve distinct questions of fact and of law, and consolidation could prejudice the Defendants or confuse the jury. However, the court will consolidate the matters for purposes of discovery only.

The cases in question will proceed under separate cause numbers, but all discovery and pretrial matters will be **referred** to Magistrate Judge Baker. The clerk of the court is **ordered** to rename cause number 1:05-cv-448-LJM-WTL as cause number 1:05-cv-448-LJM-TAB and to rename cause number 1:05-cv-423-DFH-WTL as 1:05-cv-423-DFH-

1

TAB.  Accordingly, Plaintiffs' Motion to Consolidate is **granted in part and denied in part**.

**Dated:  August 8, 2005.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic copies to:

Daniel P. Byron
BINGHAM MCHALE
dbyron@binghammchale.com

James Braden Chapman II
DANN PECAR NEWMAN & KLEIMAN
jchapman@dannpecar.com

Eric M. Hylton
DANN PECAR NEWMAN & KLEIMAN
ehylton@dannpecar.com

Leo E. Lundberg Jr.
THE SONI LAW FIRM
leo@sonilaw.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Jonathan G. Polak
DANN PECAR NEWMAN & KLEIMAN
jpolak@dannpecar.com

M. Danton Richardson
THE SONI LAW FIRM
danton@sonilaw.com

Rafael A. Sanchez
BINGHAM MCHALE
rsanchez@binghammchale.com

Surjit P. Soni
THE SONI LAW FIRM
surj@sonilaw.com

Amy L. Wright
DANN PECAR NEWMAN & KLEIMAN
awright@dannpecar.com